BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTONIO RENEE MARTINEZ,<br><br>            Defendant. | CASE NO.  1:14-CR-158 LJO SKO<br><br>JOINT REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE |

The parties, by and through their respective counsel, Assistant United States Attorney Mia. A. Giacomazzi, counsel for plaintiff United States of America, and Kevin Little, counsel for defendant Antonio Renee Martinez, hereby stipulate and jointly request the Court to continue the status conference currently set for November 16, 2015 to December 14, 2015.

The defendant is charged with a violation of 8 U.S.C.§ 1326, being a deported alien found in the United States.  Consistent with the general fast track practice, the parties set this for a status conference before the district court at the initial appearance approximately seven weeks after the initial appearance. Mr. Martinez had a legal question that he needed to be resolved prior to his signing of the fast track offer.. For these reasons, the parties request the Court to continue the status conference.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the

1

best interests of the public and the defendant in a speedy trial.

Dated: October 29, 2015                          BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 /s/ Mia Giacomazzi
                                                 MIA A. GIACOMAZZI
                                                 Assistant United States Attorney

Dated: October 29, 2015
                                                 /s/ Kevin Little
                                                 KEVIN LITTLE
                                                 Counsel for Defendant

ORDER

For good cause appearing, this Court CONTINUES the November 16, 2015 status conference to December 14, 2015 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **October 30, 2015**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE