# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-158-LJO-SKO-1 |
|---|---|
| Plaintiff-Respondent, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW HIS MOTION |
| RENE ANTONIO MARTINEZ, | (ECF NO. 33) |
| Defendant-Petitioner. | |

On September 2, 2016, Defendant Rene Antonio Martinez was sentenced to a 41 month term of imprisonment based upon his guilty plea to one count of being a deported alien found in the United States, a violation of 8 U.S.C. § 1326(a). No plea agreement was on file at the time of sentencing. ECF No. 24. In a letter filed in October 2016 and a "Motion for Reconsideration" filed March 2, 2017, Defendant, proceeding *pro se*, asserts that he was offered a fast track plea agreement that would have resulted in a shortened sentence. *See* ECF Nos. 29 & 30. Defendant claims to have expressed (or attempted to express) to his attorney an intention to accept that plea offer. *Id*. Defendant generally claims that his attorney has been non-responsive to communications. *See* ECF. Nos. 28, 29, 30. Defendant's March 2, 2017 Motion for Reconsideration asks for "reconsideration" of his 41 month sentence and that he be re-sentenced according to the "offer of 24[] months." ECF No. 30 at 1.

In response to Defendant's motions, this Court issued an order notifying Defendant of the Court's intent to recharacterize his motion as one made under 28 U.S.C. § 2255. ECF No. 31. The Court cautioned Plaintiff that "recharacterizing the motion as arising under § 2255 'means that any subsequent § 2255 motion will be subject to the restrictions on second or successive motions,' under

the Antiterrorism and Effective Death Penalty Act." *Id.* (citing *Castro v. United States*, 540 U.S. 375, 381 (2003)). Defendant was ordered "to file an appropriate notice electing to withdraw the pending motion, **or** to amend this motion with any further § 2255 claims, **or** proceed with the understanding that the Court may construe the motion as one brought under § 2255" by May 26, 2017. *Id.*

On May 18, 2017, Defendant filed a motion to withdraw both the October 2016 letter and the March 2, 2017 "Motion for Reconsideration." ECF No. 33. Defendant's motion to withdraw the pending motions (ECF Nos. 29 & 30) is **GRANTED**.

Accordingly, the Clerk of Court is **ORDERED** to terminate all pending motions (ECF Nos. 29, 30 & 33).

IT IS SO ORDERED.

Dated: **May 19, 2017**      /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE