IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO RENE MARTINEZ,<br><br>Defendant. | 1:14-CR-00158-LJO-SKO-1<br><br>ORDER GRANTING EXTENSION OF TIME |

Having reviewed the government's request for an extension of time in this case, the litigation schedule in this matter shall be modified as follows: government's answer to the movant's motion shall be due November 26, 2017; movant's traverse shall be due December 18, 2017.

IT IS SO ORDERED.

Dated: **October 20, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE